# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| Bryce Masters<br><br>*Plaintiff(s)*<br>v.<br>City of Independence, Chief of Police Tom Dailey, Sgt Bryce Blackmore, Timothy Runnels, Taser International, Inc., Patrick "Rick" Smith<br><br>*Defendant(s)* | Civil Action No. 4:16-CV-01045-DW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Patrick "Rick" Smith
17800 N. 85th Street
Scottsdale, AZ 85255-9603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel J. Haus
7926 East 171st Street, Suite 106
Belton, MO 64012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/3/2016



Signature of Clerk or Deputy Clerk

Civil Action No. 4:16-CV-01045-DW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PATRICK WALLER SMITH
was received by me on *(date)* 12/09/2016 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Julie Fix, Security Supervisor, Forest Highlands** , who is designated by law to accept service of process on behalf of *(name of organization)* PATRICK WALLER SMITH on *(date)* 12/13/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 75.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 12/13/2016

*Server's signature*

PAULA C. TALLINI, CN #2014-00002
*Printed name and title*

LIGHTNING SERVE
P.O. BOX 3474
FLAGSTAFF, ARIZONA 86003
*Server's address*

Additional information regarding attempted service, etc:
**Patrick Smith resides in Forest Highlands, which is a gated community, and the Security Officers at the gate are authorized to accept service on behalf of their residents.