IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**BRYCE E. MASTERS v. TIMOTHY RUNNELS**
16-01045-CV-W-GAF

JURY'S QUESTION OR REQUEST

The jury has the following question:

What is documentation for past & future economic figures presented by Plaintiff Counsel?

Any documentation on medical bills paid by Bryce's family?

Date: 12-13-18
Time: 4:45 pm

By: Vicki L. Zische

Response from the Court:

You will have to recall the evidence presented by Plaintiff's witnesses on past and future economic figures.

There was no documentation presented on medical bills.

Gary A. Fenner
Senior Judge, U.S. District Court

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**BRYCE E. MASTERS v. TIMOTHY RUNNELS**
16-01045-CV-W-GAF

JURY'S QUESTION OR REQUEST

The jury has the following question:

Can we review Dr. Karen Grossman's Tayback Financial finding report that was presented during the trial?

Date: 12-14-18
Time: 9:10 AM

By: Vicki L. Lischer

Response from the Court:

The report was not entered as an exhibit in evidence.

Gary A. Fenner
Senior Judge, U.S. District Court