IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRYCE E. MASTERS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-01045-CV-W-GAF |
| TIMOTHY RUNNELS, et al., | ) |
| Defendants. | ) |

## VERDICT A

**Note**: Complete this form by writing in the names required by your verdict.

On plaintiff Bryce Masters' claim against defendant Timothy Runnels, as submitted in Instruction No. 12 and further considering Instruction No. 13, we find in favor of:

_____BRYCE MASTERS_____
(Plaintiff Bryce Masters)     or     (Defendant Timothy Runnels)

**Note**: Complete the following paragraphs only if the above finding is in favor of the plaintiff.

We find plaintiff Bryce Masters' compensatory damages to be:

$ __5,000,000.00_____ (state the amount or, if none, write the word "none")

_____
Foreperson

Dated: __12-14-18__

31

Case 4:16-cv-01045-GAF   Document 301   Filed 12/14/18   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

BRYCE E. MASTERS, )
 )
       Plaintiff, )
 )
vs. ) Case No. 16-01045-CV-W-GAF
 )
TIMOTHY RUNNELS, et al., )
 )
       Defendants. )

**VERDICT B**

**Note**: Complete this form by writing in the names required by your verdict.

On plaintiff Bryce Masters' claim against defendant Timothy Runnels, as submitted in Instruction No. 16, we find in favor of:

_____**BRYCE MASTERS**_____
(Plaintiff Bryce Masters)    or    (Defendant Timothy Runnels)

**Note**: Complete the following paragraph only if the above finding is in favor of the plaintiff.

We find plaintiff Bryce Masters' compensatory damages to be:
$ **50,000.00** _____ (state the amount or, if none, write the word "none")

_____
Foreperson

Dated: **12-14-18**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRYCE E. MASTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-01045-CV-W-GAF |
| | ) |
| TIMOTHY RUNNELS, et al., | ) |
| | ) |
| Defendants. | ) |

## VERDICT C

**NOTE**: Only complete if you have found in favor of the plaintiff as instructed in Instruction No. 12 and/or Instruction No. 16

We find defendant Timothy Runnels ___is___ liable for punitive damages for conduct
("is" or "is not")
submitted in Instruction No. 12.

We find defendant Timothy Runnels ___is___ liable for punitive damages for conduct
("is" or "is not")
submitted in Instruction No. 16.

_Vicki L. Fischer_
Foreperson

Dated: _12-14-18_

33

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRYCE E. MASTERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-01045-CV-W-GAF ) |
| TIMOTHY RUNNELS, et al., | ) ) |
| Defendants. | ) |

**VERDICT D**

**Note**: Complete this form as required by your verdict.

We assess punitive damages for the conduct submitted in Instruction No. 12 against defendant Timothy Runnels as follows:

$ _500,000.00_ (state the amount or, if none, write the word "none").

We assess punitive damages for the conduct submitted in Instruction No. 16 against defendant Timothy Runnels as follows:

$ _1,000,000.00_ (state the amount or, if none, write the word "none").

_/s/ Vick L. Fischer_
Foreperson

Dated: _12-14-18_