# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| BRYCE E. MASTERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:16-cv-01045-DW |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF INDEPENDENCE, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION

COME NOW, Plaintiff and Defendant Runnels, and hereby submit the following Stipulation concerning the time period for Plaintiff submitting his Bill of Costs and Petition for Attorneys' Fees:

a. Plaintiff shall file his verified Bill of Costs in accordance with L.R. 54.1 by January 11, 2019; and

b. Plaintiff shall file his Petition for Attorneys' Fees pursuant to 42 U.S.C. §1988 with accompanying evidentiary support by February 1, 2019.

Dated: December 18, 2018

/s/ Matthew A. McCoy
Kirk R. Presley #31185
Matthew A. McCoy #68240
PRESLEY & PRESLEY, LLC
4801 Main Street, Suite 375
Kansas City, MO 64112-2207
kirk@presleyandpresley.com
matthew@presleyandpresley.com

John C Burton (*Pro Hac Vice*)
128 N. Fair Oaks Ave.
Pasadena, CA 91103
jb@johnburtonlaw.com

Daniel J. Haus #45678
The Haus Law Firm LLC
7926 East 171st Street
Suite 106
Belton, MO 64012
dhaus@hauslawfirm.com
matthew@presleyandpresley.com

*Attorneys for the Plaintiff*

**JAMES W. TIPPIN & ASSOCIATES**

/s/ Keith A. Cutler
Keith A. Cutler          MO #36370
21 W. Gregory Blvd.
Kansas City, MO 64114
Phone: (816) 471-8575
Fax;    (816) 421-0243
Email: kcutler@tippinlawfirm.com
*Attorneys for Defendant Runnels*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2018 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF system upon all counsel of record in the above-captioned case.

                                    /s/ Matthew A. McCoy
                                    Matthew A. McCoy

3

Case 4:16-cv-01045-GAF   Document 305   Filed 12/18/18   Page 3 of 3