# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BRYCE E. MASTERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-01045-CV-W-GAF |
| CITY OF INDEPENDENCE, et al., | ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT BY WAY OF REMITTITUR

COMES NOW Defendant, Timothy Runnels, by and through his attorney, Keith A. Cutler, and pursuant to Federal Rule of Civil Procedure 59(e), hereby moves this Court to alter or amend the Judgment *(Doc. 302, amended by Doc. 312)* entered in the captioned matter by way of remittitur.

On Plaintiff's claim of being dropped to the ground, the ratio of punitive damages to compensatory damages was 20-to-1 -- that is, the amount of punitive damages awarded on this claim was 20 times higher than the amount of compensatory damages awarded on this claim. As such, the amount of punitive damages was excessive, unconstitutional, and violative of all notions of fairness and due process. Therefore, the amount of punitive damages awarded on this claim should be significantly and substantially reduced. In the alternative, if Plaintiff does not consent to such reduction, Defendant moves this Court to grant Defendant a new trial on the issue of damages on this claim.

On Plaintiff's claim of excessive force in the use of the taser, the jury's compensatory damage award of $5 million was grossly excessive in light of the evidence presented, such that it should shock the conscience of the court. The excessive amount of the damage award also represents a plain injustice. Therefore, the amount of compensatory damages awarded on this claim should be significantly and substantially reduced. In the alternative, if Plaintiff does not consent to such reduction, Defendant moves this Court to grant Defendant a new trial on the issue of damages on this claim.

The reasons in support of this Motion are more fully set forth in the Suggestions in Support being filed contemporaneously herewith.

WHEREFORE, Defendant requests that this Court enter its Order granting Defendant's Motion to Alter or Amend Judgment By Way of Remittitur, (a) reducing the jury's punitive damages award on Plaintiff's claim for the drop to the ground from $1 million to an amount not to exceed $100,000, and (b) reducing the jury's compensatory damages award on Plaintiff's claim for the use of the taser from $5 million to an amount not to exceed $500,000.

In the alternative, if Plaintiff does not consent to remittitur, Defendant requests that this Court grant a new trial, and grant such other relief as the Court may deem just and proper.

In filing this Motion to Alter or Amend Judgment By Way of Remittitur, Defendant expressly does not waive or abandon any rights, arguments, claims, defense, theories, or bases asserted within any of Defendant's post-trial Motions being filed contemporaneously herewith, nor any relief to which Defendant may be entitled under said Motions.

    s/ Keith A. Cutler
KEITH A. CUTLER    MO #36370
21 West Gregory Boulevard
Kansas City, Missouri 64114-1105
(816) 471-8575
(816) 421-0243 - FAX

kcutler@tippinlawfirm.com

ATTORNEY FOR DEFENDANT
TIMOTHY RUNNELS

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on the 9th day of January 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Kirk R. Presley, Esq. | kirk@presleyandpresley.com |
| Matthew A. McCoy, Esq. | matthew@presleyandpresley.com |
| Daniel J. Haus, Esq. | dhaus@hauslawfirm.com |
| John C. Burton, Esq. | jb@johnburtonlaw.com |

I further certify that, on the above date, I mailed the above and foregoing document first class, postage prepaid, to the following non-participants in the CM/ECF system:

None

   s/ Keith A. Cutler
KEITH A. CUTLER