# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BRUCE E. MASTERS | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-01045-CV-W-GAF |
| TIMOTHY RUNNELS, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ✓ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

Per Order (Doc. #349) entered May 7, 2019:

IT IS ORDERED that Plaintiffs' Punitive Damage award on Verdict D be remitted from $1,000,000 to $236,500.

IT IS FURTHER ORDERED that the Compensatory Damage award on Verdict A be reduced from $5,000,000 to $2,900,000 and the Compensatory Damage award on Verdict B be reduced from $50,000 to $47,300.

IT IS FURTHER ORDERED that Defendant pay to Plaintiff the sum of $545,015 in attorneys' fees and $12,373.54 in non-taxable expenses.

IT IS FURTHER ORDERED that Defendant pay to Plaintiff the sum of $26,277.02 pursuant to Plaintiff's Bill of Costs.
.
IT IS LASTLY ORDERED that Plaintiff pay Sargent Blackmore the sum of $10,065.69 pursuant to his Bill of Costs.

Dated: <u>May 7, 2019</u>  PAIGE WYMORE-WYNN
                                                                                                     Clerk of Court

Entered: <u>May 7, 2019</u>  <u>/s/ Lisa Mitchell</u>
                                                                                                      (By) Deputy Clerk