# UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRYCE E. MASTERS, | ) |
|     PLAINTIFF, | ) |
| v. | )    Case No.:    4:16-cv-01045-GAF |
| CITY OF INDEPENDENCE, et al., | ) |
|     DEFENDANTS. | ) |

## SATISFACTION OF JUDGMENT

COMES NOW Plaintiff Bryce Masters, and hereby informs the Court that Plaintiff and Defendant Runnels have settled and resolved all issues between them. The receipt of the settlement funds is in full and complete satisfaction of all obligations entered against said Defendant Runnels. The judgment rendered is fully and finally satisfied.

Respectfully submitted,

**LAW OFFICES OF JOHN C. BURTON**

/s/ John C. Burton
John C. Burton   (CA 86029) Pro Hac Vice
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Phone: (626) 449-8300
Fax:   (626) 449-4417
Email: jb@johnburtonlaw.com

**THE HAUS LAW FIRM LLC**

/s/ Daniel J. Haus
Daniel J. Haus   MO #45678
7926 East 171st Street, Suite 106
Belton, MO 64012
Phone: (816) 591-3960
Fax:   (816) 245-7802
Email: dhaus@hauslawfirm.com

PRESLEY & PRESLEY, LLC

/s/ Matthew A. McCoy
Kirk R. Presley    MO #31185
Matthew A. McCoy   MO #68240
4801 Main Street, Suite 375
Kansas City, MO 64112
Phone: (816) 931-4611
Fax:   (816) 931-4646
Email: kirk@presleyandpresley.com
       matthew@presleyandpresley.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on July 2, 2021, the foregoing document was filed utilizing the Court's CM/ECF system, which delivers electronic notification to all counsel of record

/S/ Matthew A. McCoy
Matthew A. McCoy