UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| BRYCE E. MASTERS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No.: 4:16-cv-01045-GAF |
| | ) | |
| CITY OF INDEPENDENCE, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### SATISFACTION OF JUDGMENT

COMES NOW, Defendant Bryce Blackmore and hereby informs the Court that the Judgment entered in his favor for costs against Plaintiff on May 9, 2019 is fully and finally satisfied.

Respectfully submitted,

**MCANANY VAN CLEAVE & PHILLIPS, P.A.**

/s/ *Ryan B. Denk*
Ryan B. Denk    MO #50703
10 E. Cambridge Circle Drive, Ste. 300
Kansas City, KS 66103
Email: rdenk@mvplaw.com
*Attorneys for Defendant Bryce Blackmore*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on July 6, 2021, the foregoing document was filed utilizing the Court's CM/ECF system, which delivers electronic notification to all counsel of record

Kirk R. Presley
Matthew A. McCoy
Presley & Presley, LLC
4801 Main Street, Suite 375
Kansas City, MO 64112
kirk@presleyandpresley.com
matthew@presleyandpresley.com

Daniel J. Haus
The Haus Law Firm, LLC
7926 East 171st Street, Suite 106
Belton, MO 64012
dhaus@hauslawfirm.com

John Burton
The Law Offices of John Burton
128 North Fair Oaks Avenue
Pasadena, CA 91103
jb@johnburtonlaw.com

*Attorneys for Plaintiff*

Keith A. Cutler
James W. Tippin
JAMES W. TIPPIN & ASSOCIATES
21 West Gregory Blvd.
Kansas City, MO 64114
kcutler@tippinlawfirm.com
JWTippin@TippinLawFirm.com

*Attorneys for Defendant Runnels*

                                                  /s/ Ryan B. Denk